| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>HULL, THOMAS G | 2. Court or Organization<br>U.S. DISTRICT COURT, ED/TN | 3. Date of Report<br>4/22/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE/SENIOR | 5. ReportType (check appropriate type)<br><br>○ Nomination,　Date<br><br>○ Initial　● Annual　○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U.S. DISTRICT COURT<br>220 West Depot St.<br>GREENEVILLE, TN 37743 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (Rental Activities) | Greeneville Office Supply (Bldg.) |
| 2. | Proprietor (Rental Activities) | Thomas G. Hull Rental Accounts |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 APR 25 A 10: 38 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Tenn. Consolidated Retirement System 1099-R | 75,938.70 |
| 2. | 2004 | Financial Institutions Retirement Fund 1099-R | 5,376.00 |
| 3. | 2004 | American General Life Ins.Co. (sold policy) | 19,214.50 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | ** NOTHING TO REPORT ** | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ** NOTHING TO REPORT ** | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VII. INVESTMENTS and TRUSTS

-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Greeneville Off. Bldg. , Greeneville, TN | E | Rent | M | W | | | | | |
| 2. Thomas G. Hull Rentals, Greeneville, TN | E | Rent | O | W | | | | | |
| 3. Andrew Johnson Bankshares , Greeneville, TN | F | Div | P1 | T | | | | | |
| 4. Andrew Johnson Bank , Greeneville, TN | C | Dividend | L | T | | | | | |
| 5. Cash, Greeneville Fed. Bank Greeneville, TN (checking) | A | Interest | J | T | | | | | |
| 6. Note receivable, Brandon Hull, Greeneville, TN | B | Int | K | U | | | | | |
| 7. Middle Tenn. Life Ins., Alcoa, TN | E | Div | K | U | | | | | |
| 8. Middle Tenn. Life Ins., Alcoa, TN | A | Int | K | U | | | | | |
| 9. Cash, Andrew Johnson Bank, Greeneville, TN | A | Interest | J | T | | | | | |
| 10. Greeneville Federal Bank, Greeneville, Tennessee (CD) | C | Interest | L | T | | | | | |
| 11. Andrew Johnson Bank, Greeneville, Tennessee (CD) | A | Interest | M | T | | | | | |
| 12. ATMOS Propane, Inc. (Heritage Operating) | B | Distribution | J | W | | | | | |
| 13. ATMOS Energy Corp. | B | Dividend | K | T | | | | | |
| 14. Amsouth Bank Corp. | B | Dividend | K | T | | | | | |
| 15. Greene County Bancshares, Inc., Greene Co., Tennessee | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

*Part I. Positions:   Consists of:  1) Professional Office Building, Greeneville, Tennessee; 2) Block Storage Building, Greeneville, Tennessee.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, THOMAS G | 4/22/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____4-22-2005____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544